IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   LATRICIA L. KNIGHT | : | Bankruptcy No.  18-23192-JAD |
| Debtor(s) | : | |
| | : | Chapter 13 |
| LATRICIA L. KNIGHT | : | |
| Movant(s) | : | |
| | : | Related to Document No. 36 |
| v. | : | |
| | : | |
| RIVERS CASINO | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF NOTIFICATION OF DEBTOR'S
SOCIAL SECURITY NUMBER AND ORDER GRANTING AMENDED WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) MARCH 8, 2019

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  FIRST CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Rivers Casino
Attn: Payroll Manager
777 Casino Drive
Pittsburgh, PA 15212

By:  /s/ Michael C. Eisen
Michael C. Eisen, Esquire
PA ID #74523
M. EISEN & ASSOCIATES, P.C.
6200 Babcock Blvd
Pittsburgh, PA  15237
412-367-9005
attorneyeisen@yahoo.com