Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Latricia I. Knight**
  Debtor(s)

Bankruptcy Case No.: 18–23192–JAD
Doc. #41
Chapter: 13
Docket No.: 42 – 41
Concil. Conf.: October 15, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 4, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 21, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **October 15, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 21, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23192-JAD
Latricia I. Knight                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: skoz          Page 1 of 2         Date Rcvd: Jul 21, 2020
                       Form ID: 410         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
```
db          +Latricia I. Knight,   2427 Brighton Road,   Pittsburgh, PA 15212-2834
cr          +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
14911251    +AAS Debt Recovery,   PO Box 129,   Monroeville, PA 15146-0129
14911256    +Brian C. Thompson, Esq.,   Thompson Law Group, P.C.,   125 Warrendale Bayne Road, Ste 200,
              Warrendale, PA 15086-6504
14911258   ++COLLECTION SERVICE CENTER INC BUTLER PA,   PO BOX 1623,   BUTLER PA 16003-1623
             (address filed with court: Collection Service Center,    PO Box 1623,   Butler, PA 16003)
14911257    +Children's Community Pediatrics,   11279 Perry Hwy, Ste 450,   Wexford, PA 15090-9394
14911264    +Ditronics Financial Services,   PO Box 7648,   Goodyear, AZ 85338-0645
14934103    +Fast Loans (at Dollar Smart),   C/O AAS Debt Recovery Inc.,   2526 Monroeville Blvd. Suite 205,
              Monroeville, PA 15146-2371
14911267    +Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
14911268    +First Premier,   3820 N. Louise Ave,   Sioux Falls, SD 57107-0145
14911269    +Guardian Protection Services,   PO Box 37751,   Philadelphia, PA 19101-5051
14911270    +I.C. System,   444 Highway 96 East,   PO Box 64378,   Saint Paul, MN 55164-0378
14911272    +James P. Valecko, Esq.,   Weltman, Weinberg & Reis Co. LPA,   436 7th Ave, Ste 2500,
              Pittsburgh, PA 15219-1842
14911275  ++++LHR INC.,   37 RUST LN,   BOERNE TX 78006-8288
             (address filed with court: LHR Inc.,   35A Rust Lane,   Boerne, TX 78006)
14911274    +Leon P. Haller, Esq.,   Purcell, Krug and Haller,   1719 North Front Street,
              Harrisburg, PA 17102-2392
14911276    +Lighthouse Recovery Associates, LLC,   4380 S. Syracuse Street, Ste 200,
              Denver, CO 80237-2624
14911277    +Maosn Easy Pay,   PO Box 2808,   Monroe, WI 53566-8008
14932756    +MidFirst Bank,   999 N.W. Grand Blvd., Suite 100,   Oklahoma City, OK 73118-6051
14895198    +Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
14895199    +Peoples Gas,   PO Box 535323,   Pittsburgh, PA 15253-5323
14921216    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14911280    +Pittsburgh Parking Court,   PO Box 640,   Pittsburgh, PA 15230-0640
14895200    +Pittsburgh Water & Sewer Authority,   Penn Liberty Plaza I,   1200 Penn Ave,
              Pittsburgh, PA 15222-4216
14911282    +Progressive Insurance,   Attn: Bankruptcy Dept,   6300 Wilson Mills Road,
              Cleveland, OH 44143-2182
14911287    +U.S. Dept of Education,   PO Box 530260,   Atlanta, GA 30353-0260
14911288    +Vengroff, Williams & Assoc.,   PO Box 4155,   Sarasota, FL 34230-4155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14911255    +E-mail/Text: g20956@att.com Jul 22 2020 04:13:32     AT&T Mobility II LLC,
              One AT&T Way, Room 3A 231,   Bedminster, NJ 07921-2693
14911252    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2020 04:18:51
              American InfoSource as agent for,   Midland Funding, LLC,   PO Box 268941,
              Oklahoma City, OK 73126-8941
14911253    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2020 04:18:51
              American InfoSource as agent for,   T Mobile/T-Mobile USA Inc.,   PO Box 248848,
              Oklahoma City, OK 73124-8848
14911254    +E-mail/Text: documents@apellesnow.com Jul 22 2020 04:13:29     Apelles,
              3700 Corporate Drive, Ste 240,   Columbus, OH 43231-5001
14895196     E-mail/Text: kburkley@bernsteinlaw.com Jul 22 2020 04:13:42     Duquesne Light,
              Customer Care Department,   411 Seventh Ave, MD 6-1,   Pittsburgh, PA 15230
14911259    +E-mail/Text: convergent@ebn.phinsolutions.com Jul 22 2020 04:13:26     Convergent Outsourcing,
              800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
14911260    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 22 2020 04:13:45
              Credit Collection Service,   PO Box 607,   Norwood, MA 02062-0607
14911261    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 22 2020 04:13:45
              Credit Control Service,   725 Canton Street,   Norwood, MA 02062-2679
14911262    +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 22 2020 04:13:25
              Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14911263    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 22 2020 04:18:44     Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
14927522     E-mail/Text: G06041@att.com Jul 22 2020 04:13:24     Directv, LLC,
              by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL 60197-5008
14911265    +E-mail/Text: bankruptcynotices@dcicollect.com Jul 22 2020 04:13:31     Diversified Consultants,
              10550 Deerwood Park Blvd, Ste 309,   Jacksonville, FL 32256-2805
14928988    +E-mail/Text: kburkley@bernsteinlaw.com Jul 22 2020 04:13:42     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14911266    +E-mail/Text: bknotice@ercbpo.com Jul 22 2020 04:13:02     Enhanced Recovery Company,
              8014 Bayberry Road,   Jacksonville, FL 32256-7412
14895197     E-mail/Text: bankruptcy@glsllc.com Jul 22 2020 04:11:56     Global Lending Services,
              PO Box 10437,   Greenville, SC 29603
14930294     E-mail/Text: bankruptcy@glsllc.com Jul 22 2020 04:11:56     Global Lending Services LLC,
              1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
```

```
District/off: 0315-2              User: skoz                 Page 2 of 2                  Date Rcvd: Jul 21, 2020
                                  Form ID: 410               Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14911271       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 22 2020 04:12:13      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14899052       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 22 2020 04:13:08       KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
14911273       +E-mail/Text: info@keystoneumfcu.org Jul 22 2020 04:12:04      Keystone United Methodist FCU,
                 1204 Freedom Road,    Cranberry Twp, PA 16066-4999
14911278       +E-mail/Text: bankruptcy@sccompanies.com Jul 22 2020 04:13:53      Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
14911279       +E-mail/Text: bankruptcy@sccompanies.com Jul 22 2020 04:13:53      Montgomery Ward,
                 1112 7th Ave,    Monroe, WI 53566-1364
14911281        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2020 04:18:48
                 Portfolio Recovery Associates,     PO Box 41067,    Norfolk, VA 23541
14917565       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2020 04:13:13      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14911283       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 22 2020 04:19:19      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14911286        E-mail/Text: appebnmailbox@sprint.com Jul 22 2020 04:12:44      Sprint Nextel,
                 Attn: Bankruptcy Dept,    PO Box 7949,   Overland Park, KS 66207
14911284       +E-mail/Text: philadelphia.bnc@ssa.gov Jul 22 2020 04:13:22      Social Security Administration,
                 Mid-Atlantic Program Service Center,    300 Spring Garden Street,    Philadelphia, PA 19123-2992
14911285       +E-mail/Text: bankruptcy@sw-credit.com Jul 22 2020 04:12:50      Southwest Credit System,
                 5910 W. Plano Parkway, Ste 100,    Plano, TX 75093-2202
14906341       +E-mail/Text: bankruptcy@huntington.com Jul 22 2020 04:12:48      The Huntington National Bank,
                 3 Cascade Plaza-CAS056,    Akron OH 44308-1124
14932151       +E-mail/Text: BKRMailOps@weltman.com Jul 22 2020 04:13:02      U.S. Asset Management,
                 c/o Weltman, Weinberg,and Reis Co.,L.P.A,    323 West Lakeside Avenue,
                 Cleveland, OH 44113-1085
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Global Lending Services LLC
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                    TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Leon P. Haller    on behalf of Creditor    MidFirst Bank lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Michael C. Eisen    on behalf of Debtor Latricia I. Knight attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```