# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
**LATRICIA I. KNIGHT,** : Bankruptcy No. <u>18-23192-JAD</u>
:
:
: Related to Doc. #57 and 62
:
: Chapter 13
:
:
**Debtor(s)** :
_____ :

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this <u>**5th**</u> day of <u>**March**</u>, <u>**2021**</u>, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c)  for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated.  So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ sjk
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:      **All Creditors And All Parties In Interest**

00026501

FILED
3/5/21 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Latricia I. Knight  
Debtor

Case No. 18-23192-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: llea Page 1 of 3  
Date Rcvd: Mar 05, 2021 Form ID: pdf900 Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++  Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latricia I. Knight, 2427 Brighton Road, Pittsburgh, PA 15212-2834 |
| 14911251 | + | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 14911256 | + | Brian C. Thompson, Esq., Thompson Law Group, P.C., 125 Warrendale Bayne Road, Ste 200, Warrendale, PA 15086-6504 |
| 14911258 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, PO Box 1623, Butler, PA 16003 |
| 14911257 | + | Children's Community Pediatrics, 11279 Perry Hwy, Ste 450, Wexford, PA 15090-9394 |
| 14911264 | + | Ditronics Financial Services, PO Box 7648, Goodyear, AZ 85338-0645 |
| 14934103 | + | Fast Loans (at Dollar Smart), C/O AAS Debt Recovery Inc., 2526 Monroeville Blvd. Suite 205, Monroeville, PA 15146-2371 |
| 14911267 | + | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 14911268 | + | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14911269 | + | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 14911270 | + | I.C. System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14911272 | + | James P. Valecko, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14911275 | ++++ | LHR INC., 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, LHR Inc., 35A Rust Lane, Boerne, TX 78006 |
| 14911274 | + | Leon P. Haller, Esq., Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14911276 | + | Lighthouse Recovery Associates, LLC, 4380 S. Syracuse Street, Ste 200, Denver, CO 80237-2624 |
| 14911277 | + | Maosn Easy Pay, PO Box 2808, Monroe, WI 53566-8008 |
| 14895199 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14921216 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14911280 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 14895200 | + | Pittsburgh Water & Sewer Authority, Penn Liberty Plaza I, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 14911282 | + | Progressive Insurance, Attn: Bankruptcy Dept, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 14911287 | + | U.S. Dept of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 14911288 | + | Vengroff, Williams & Assoc., PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 06 2021 02:16:06 | MidFirst Bank, 999 NW Grand Blvd., Ste. 100, Oklahoma City, OK 73118-6051 |
| 14911255 | + | Email/Text: g20956@att.com | Mar 06 2021 02:07:00 | AT&T Mobility II LLC, One AT&T Way, Room 3A 231, Bedminster, NJ 07921-2693 |
| 14911252 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 06 2021 02:18:04 | American InfoSource as agent for, Midland Funding, LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 14911253 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 06 2021 02:18:04 | American InfoSource as agent for, T Mobile/T-Mobile USA Inc., PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14911254 | + | Email/Text: documents@apellesnow.com | Mar 06 2021 02:07:00 | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |

Case 18-23192-JAD   Doc 64   Filed 03/07/21   Entered 03/08/21 00:31:37   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: llea | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| 14895196 | Email/Text: kburkley@bernsteinlaw.com | Mar 06 2021 02:07:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14911259 | + Email/Text: convergent@ebn.phinsolutions.com | Mar 06 2021 02:07:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14911260 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 06 2021 02:07:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14911261 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 06 2021 02:07:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 14911262 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 06 2021 02:07:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14911263 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2021 02:16:07 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14927522 | Email/Text: G06041@att.com | Mar 06 2021 02:07:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14911265 | + Email/Text: bankruptcynotices@dcicollect.com | Mar 06 2021 02:07:00 | Diversified Consultants, 10550 Deerwood Park Blvd, Ste 309, Jacksonville, FL 32256-2805 |
| 14928988 | + Email/Text: kburkley@bernsteinlaw.com | Mar 06 2021 02:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14911266 | + Email/Text: bknotice@ercbpo.com | Mar 06 2021 02:07:00 | Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14895197 | Email/Text: bankruptcy@glsllc.com | Mar 06 2021 02:07:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603 |
| 14930294 | Email/Text: bankruptcy@glsllc.com | Mar 06 2021 02:07:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14911271 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2021 02:07:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14899052 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 06 2021 02:07:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 14911273 | + Email/Text: info@keystoneumfcu.org | Mar 06 2021 02:07:00 | Keystone United Methodist FCU, 1204 Freedom Road, Cranberry Twp, PA 16066-4999 |
| 14932756 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 06 2021 02:19:45 | MidFirst Bank, 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 14895198 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 06 2021 02:19:45 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14911278 | + Email/Text: bankruptcy@sccompanies.com | Mar 06 2021 02:07:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14911279 | + Email/Text: bankruptcy@sccompanies.com | Mar 06 2021 02:07:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14911281 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2021 02:19:46 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 14917565 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 06 2021 02:07:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14911283 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 06 2021 02:19:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14911286 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Mar 06 2021 02:17:58 | Sprint Nextel, Attn: Bankruptcy Dept, PO Box 7949, Overland Park, KS 66207 |
| 14911284 | + Email/Text: philadelphia.bnc@ssa.gov | Mar 06 2021 02:07:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 14911285 | + Email/Text: bankruptcy@sw-credit.com | | |

Case 18-23192-JAD  Doc 64  Filed 03/07/21  Entered 03/08/21 00:31:37  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0315-2 | User: llea | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 55 |

| | | Mar 06 2021 02:07:00 | Southwest Credit System, 5910 W. Plano Parkway, Ste 100, Plano, TX 75093-2202 |
|---|---|---|---|
| 14906341 | + Email/Text: bankruptcy@huntington.com | Mar 06 2021 02:07:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |
| 14932151 | + Email/Text: BKRMailOps@weltman.com | Mar 06 2021 02:07:00 | U.S. Asset Management, c/o Weltman, Weinberg,and Reis Co.,L.P.A, 323 West Lakeside Avenue, Cleveland, OH 44113-1085 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Global Lending Services LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2021                    Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Leon P. Haller | on behalf of Creditor MidFirst Bank lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Michael C. Eisen | on behalf of Debtor Latricia I. Knight attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8