**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LATRICIA I. KNIGHT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23192 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/09/2018 and confirmed on 10/22/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,965.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,965.74 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 961.89 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,461.89 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB*<br>    Acct: 3215 | 0.00 | 10,633.16 | 0.00 | 10,633.16 |
|   THOMPSON LAW GROUP PC<br>    Acct: 5149 | 2,425.58 | 36.87 | 230.47 | 267.34 |
|   MIDFIRST BANK SSB*<br>    Acct: 3215 | 11,174.34 | 1,231.55 | 0.00 | 1,231.55 |
|   GLOBAL LENDING SERVICES LLC<br>    Acct: 9465 | 13,023.34 | 3,523.80 | 1,843.00 | 5,366.80 |
| | | | | 17,498.85 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LATRICIA I. KNIGHT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   M EISEN AND ASSOCIATES PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 5149 | 6,530.02 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL C EISEN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M EISEN AND ASSOCIATES PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDFIRST BANK SSB* | 400.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3215 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 5.00 | 0.00 | 5.00 |
| Acct: 9899 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| FAST LOANS AT DOLLAR SMART | 642.74 | 0.00 | 0.00 | 0.00 |
| Acct: 1105 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MIDI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0064 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9709 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 962.74 | 0.00 | 0.00 | 0.00 |
| Acct: 7708 | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6923 | | | | |
| CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7071 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5149 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 18O | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JCY | | | | |
| CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3164 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6163 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 441 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6819 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,067.62 | 0.00 | 0.00 | 0.00 |
| Acct: 7210 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7514 | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1495 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 485.64 | 0.00 | 0.00 | 0.00 |
| Acct: 5539 | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2159 | | | | |
| KEYSTONE UNITED METHODIST FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3201 | | | | |
| LHR COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8833 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEON P HALLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   LIGHTHOUSE RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4616 | | | | |
|   MASON EASY PAY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5302 | | | | |
|   MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8104 | | | | |
|   MONTGOMERY WARD(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8104 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,286.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 4289 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1462 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2075 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3160 | | | | |
|   PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9159 | | | | |
|   REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5750 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4001 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 24,122.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 4640 | | | | |
|   SPRINT TOGETHER WITH NEXTEL** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6410 | | | | |
|   US DEPARTMENT OF EDUCATION**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8352 | | | | |
|   DITRONICS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES P VALECKO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VENGROFF WILLIAMS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYBANK NA** | 298.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 4614 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 718.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 0966 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 272.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 7208 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 777.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 9464 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,597.59 | 0.00 | 0.00 | 0.00 |
|     Acct: 5149 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURCE | 691.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 0407 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US ASSET MANAGEMENT | 910.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 6829 | | | | |

                                          * * * N O N E * * *

TOTAL PAID TO CREDITORS                                                            17,503.85

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 6,930.02 |
| SECURED | 26,623.26 |
| UNSECURED | 34.835.44 |

Date: 04/01/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com