UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| In re: | Case No. 18-23192JAD |
|---|---|
| LATRICIA I. KNIGHT | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/09/2018.

2) The plan was confirmed on 10/22/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 03/05/2019, 10/21/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/20/2020.

5) The case was dismissed on 03/05/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $21,965.74 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $21,965.74

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $961.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,461.89

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 380.84 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 686.15 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY II LLC | Unsecured | 1,255.74 | NA | NA | 0.00 | 0.00 |
| CHILDRENS COMMUNITY PEDIATRIC | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INCOI | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSC | Unsecured | NA | 691.54 | 691.54 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 1,328.40 | 1,067.62 | 1,067.62 | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| FAST LOANS AT DOLLAR SMART | Unsecured | 642.00 | 642.74 | 642.74 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 978.98 | NA | NA | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES LLC | Secured | 13,324.16 | 13,023.34 | 13,023.34 | 3,523.80 | 1,843.00 |
| GUARDIAN PROTECTION SERVICES( | Unsecured | 2,013.71 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Unsecured | 2,459.07 | 962.74 | 962.74 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Unsecured | NA | 718.42 | 718.42 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Unsecured | NA | 272.99 | 272.99 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Unsecured | NA | 777.91 | 777.91 | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 154.80 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 7,425.17 | 6,530.02 | 6,530.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 2,597.59 | 2,597.59 | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | NA | 298.91 | 298.91 | 0.00 | 0.00 |
| KEYSTONE UNITED METHODIST FCU | Unsecured | 6,739.77 | NA | NA | 0.00 | 0.00 |
| LHR COLLECTIONS | Unsecured | 897.87 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE RECOVERY ASSOCIAT | Unsecured | 1,005.44 | NA | NA | 0.00 | 0.00 |
| MASON EASY PAY | Unsecured | 218.07 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 63,000.00 | 66,416.93 | 0.00 | 10,633.16 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDFIRST BANK SSB* | Secured | 0.00 | 11,174.34 | 11,174.34 | 1,231.55 | 0.00 |
| MIDFIRST BANK SSB* | Priority | 0.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD(*)++ | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 524.00 | 1,286.07 | 1,286.07 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | NA | NA | NA | 5.00 | 0.00 |
| PITTSBURGH PARKING COURT | Unsecured | 93.50 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Unsecured | 464.47 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 775.14 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 485.00 | 485.64 | 485.64 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE CO | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 6,677.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 16,645.89 | 24,122.89 | 24,122.89 | 0.00 | 0.00 |
| SPRINT TOGETHER WITH NEXTEL** | Unsecured | 1,581.00 | NA | NA | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC | Secured | 1,999.33 | 2,425.58 | 2,425.58 | 36.87 | 230.47 |
| US ASSET MANAGEMENT | Unsecured | NA | 910.38 | 910.38 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION**- | Unsecured | 23,327.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $10,633.16 | $0.00 |
| Mortgage Arrearage | $11,174.34 | $1,231.55 | $0.00 |
| Debt Secured by Vehicle | $13,023.34 | $3,523.80 | $1,843.00 |
| All Other Secured | $2,425.58 | $36.87 | $230.47 |
| **TOTAL SECURED:** | **$26,623.26** | **$15,425.38** | **$2,073.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,930.02 | $5.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,930.02** | **$5.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$34,835.44** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,461.89 |
| Disbursements to Creditors | $17,503.85 |
| **TOTAL DISBURSEMENTS** : | **$21,965.74** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/07/2021                          By: /s/ Ronda J. Winnecour
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**